# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY E. WALKER, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 11-4917 |
| | : | |
| CENTOCOR ORTHO BIOTECH, INC., | : | |
|     Defendant | : | |

## O R D E R

**AND NOW**, this 25th day of February 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 17), Plaintiff's Response thereto (Doc. No. 21), and Defendant's Reply (Doc. No. 26), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

                                            BY THE COURT:

                                            */s/ Lawrence F. Stengel*
                                            LAWRENCE F. STENGEL, J.